**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 590 WAL 2014
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
RICKY ALONZO JOHNSON, :
:
           Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.